UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN CIVIL LIBERTIES UNION FOUNDATION; and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND,
Plaintiffs

v. C.A. No. 05-060 ML

PATRICK LYNCH, Attorney General of the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity,
Defendants

**ENTRY OF APPEARANCE**

Now comes Rebecca Tedford Partington and hereby enters her appearance on behalf of Defendants, Patrick Lynch and David Curtin in the above-entitled matter.

Respectfully submitted,

DEFENDANTS
By Their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 x 2303
Fax (401) 222-2995

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 7th day of March, 2005 to the person or persons indicated below:

Melina Mitova

Mark W. Freel, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903