UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN CIVIL LIBERTIES UNION FOUNDATION; and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND,

Plaintiffs

v.

PATRICK LYNCH, Attorney General of the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity,

Defendants

C.A. No. 05-060 ML

**STIPULATION**

The undersigned parties hereby stipulate and agree that Plaintiffs shall have an extension of time, through and including April 4, 2005, within which to respond to Defendants' motion to dismiss.

Enter: Mary M. Lisi USDJ 3/21/05

AMERICAN CIVIL LIBERTIES UNION FOUNDATION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION RHODE ISLAND

By their Attorneys,

Mark W Freel

Mark W. Freel, Esq. (# 4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

PATRICK LYNCH, Attorney General of the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity

By their Attorney,

Rebecca Tedford Partington

Rebecca Tedford Partington (#3890)
Deputy Chief-Civil Division
150 South Main Street
Providence, RI 02903
(401) 274-4400 x 2303
(401) 222-2995 (Fax)