FILED APR 08 '05 12:14 USDCRI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN CIVIL LIBERTIES UNION FOUNDATION; and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND,

Plaintiffs

v. C.A. No. 05-060 ML

PATRICK LYNCH, Attorney General of the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity,

Defendants

**STIPULATION**

As a result of a conference pursuant to Fed. R. Civ. P. 16 with this Court on March 29, 2005, the undersigned parties hereby stipulate and agree as follows:

1. During the aforementioned conference, District Judge Mary Lisi alerted all parties concerning her prior position as Chief Disciplinary Counsel for the State of Rhode Island. The parties hereby agree that Judge Lisi's prior involvement with that office does not present a conflict of interest that warrants recusal.

2. The parties further agree that Plaintiffs will not be required to submit a response to Defendants' motion to dismiss by April 4, 2005 as previously scheduled. Instead, the parties will submit a joint statement of undisputed facts to this Court on or before April 25, 2005. The Defendants will then supplement their memorandum supporting their motion to dismiss, to include a discussion of the merits of the case, and Defendants will file that memorandum on or before May 27, 2005.

7

3. Thereafter, Plaintiffs will respond by addressing Defendants' position on their Rule 12 defenses, and on the merits of Plaintiffs' claims in this case, in a single memorandum to be filed on or before June 28, 2005.

AMERICAN CIVIL LIBERTIES UNION FOUNDATION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND

By their Attorney,

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

PATRICK LYNCH, Attorney General for the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity

By their Attorney,

Rebecca Tedford Partington (#3890)
Deputy Chief—Civil Division
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax

ENTER:

Mary M. Lisi
U.S.D.J. 4/13/05

ORDER: