UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND, Plaintiffs | |
| v. | C.A. No. 05-060 ML |
| PATRICK LYNCH, Attorney General of the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity, Defendants | |

**STIPULATION**

As a result of a conference pursuant to Fed. R. Civ. P. 16 with this Court on March 29, 2005, and as set forth in a prior stipulation entered by this Court on April 13, 2005, the undersigned parties agreed to file a joint statement of undisputed facts on April 25, 2005. By agreement of the parties, that joint statement will be filed on or before May 2, 2005, in order to provide the parties additional time to agree to the undisputed facts.

8

AMERICAN CIVIL LIBERTIES UNION FOUNDATION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND

By their Attorney,

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

PATRICK LYNCH, Attorney General for the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity

By their Attorney,

Rebecca Tedford Partington (#3890)
Deputy Chief—Civil Division
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)

ENTER:

Mary M. Lisi USDJ
4/26/05

ORDER:

4.26.05



PRV_726472_1/MJACKSON