UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED AUG 29 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

AMERICAN CIVIL LIBERTIES UNION FOUNDATION; and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND,
Plaintiffs

v. C.A. No. 05-060-ML

PATRICK LYNCH, Attorney General of the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity,
Defendants

**CONSENT STAY ORDER**

Upon agreement of the undersigned parties, and following consultation with the Court in conference in chambers, it is hereby

ORDERED

that:

1. The above-captioned action shall be stayed, pending further Order of this Court, so that the parties can make efforts to determine whether the legal issues raised in this case can be more adequately resolved in any other litigation currently pending in this Court involving the ACLU or its affiliates and the payment of attorneys' fees pursuant to 42 U.S.C. § 1988.

2. Any party to this action is free to make a future application to this Court to have this stay Order vacated in the event that the underlying legal issues in this matter cannot be more adequately resolved in any other litigation currently pending in this Court.

AMERICAN CIVIL LIBERTIES UNION FOUNDATION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION RHODE ISLAND

By their Attorneys,

Mark W. Freel, Esq. (# 4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

PATRICK LYNCH, Attorney General of the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity

By their Attorney,

Rebecca Tedford Partington (#3890)
Deputy Chief-Civil Division
150 South Main Street
Providence, RI 02903
(401) 274-4400 x 2303
(401) 222-2995 (Fax)