UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMERICAN CIVIL LIBERTIES UNION FOUNDATION; and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND,
Plaintiffs

v. C.A. No. 05-060-ML

PATRICK LYNCH, Attorney General of the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity,
Defendants

**DISMISSAL STIPULATION**

The undersigned parties hereby stipulate and agree that the above-captioned action shall be dismissed, without prejudice, all parties to bear their own costs and fees.

AMERICAN CIVIL LIBERTIES UNION FOUNDATION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION RHODE ISLAND

By their Attorneys,

Mark W. Freel, Esq. (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

PATRICK LYNCH, Attorney General of the State of Rhode Island, in his official capacity; and DAVID CURTIN, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity

By their Attorney,

Rebecca Tedford Partington (#3890)
Deputy Chief-Civil Division
150 South Main Street
Providence, RI 02903
(401) 274-4400 x 2303
(401) 222-2995 (Fax)

ENTER:

Mary M. Lisi USDJ 3/14/06

ORDER:

PRV_787108_1/MFREEL